# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

JOSEPH CLARK      *      CIVIL ACTION NO. 6:18-CV-00058

VERSUS      *      JUDGE TERRY A. DOUGHTY

LAFAYETTE POLICE      *      MAG. JUDGE CAROL B.
DEPARTMENT ET AL.          WHITEHURST

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 17] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Lafayette Police Department's Motion to Dismiss [Doc. No. 6] is **GRANTED**, and Plaintiff Joseph Clark's claims against Defendant Lafayette Police Department are **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 9th day of July, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE